## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

United States of America

v.

**Fortunado Mendoza-Angel**

Citizen of Mexico

USM#: 73434-208        DOB: 1975

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

No. 07-10808-001M-SD

Brenda Acosta Sandoval (AFPD)
Attorney for Defendant

ICE#: A88 361 727

**THE DEFENDANT ENTERED A PLEA OF** guilty on 12/3/2007 to Count THREE of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count THREE of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of FIFTEEN (15) DAYS on Count THREE, with credit for time served.

**IT IS FURTHER ORDERED** that all remaining counts are dismissed on motion of the United States.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $Remitted        **FINE:** $        **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count THREE of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

Case 5:07-po-10808-JRI    Document 1    Filed 12/03/2007    Page 2 of 8

**07-10808-001M-SD**    Page 2 of 2
USA vs. Fortunado Mendoza-Angel

Date of Imposition of Sentence: **Monday, December 3, 2007**

_____ Date 12/3/2007 _____
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____    By:_____
United States Marshal                                            Deputy Marshal
07-10808-001M-SD -

DATE: 12/3/2007    CASE NUMBER: 07-10808-001M-SD

## PLEA/SENTENCING MINUTES

USA vs. Fortunado Mendoza-Angel

U.S. MAGISTRATE JUDGE: JAY R. IRWIN    Judge #: 70BK

U.S. Attorney _____    INTERPRETER REQ'D: Ricardo Gonzalez

LANGUAGE: Spanish

Attorney for Defendant: Brenda Acosta Sandoval (AFPD)

DEFENDANT: ☒ PRESENT    ☐ NOT PRESENT    ☐ RELEASED    ☒ CUSTODY

DOA 12/2/07    ☒ Complaint Filed    ☒ Appointment of counsel hearing held
☐ Financial Afdvt taken    ☒ No Financial Afdvt taken    ☐ Financial Afdvt sealed
☒ Initial Appearance

**DETENTION HEARING:**    ☐ Held    ☐ Cont'd    ☐ Reset    ☐ UA
Set for: before:

☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)    ☐ Bail set at $_____
☐ Defendant continued detained pending trial    ☐ Flight Risk    ☐ Danger

**PLEA HEARING:**    ☒ Held    ☐ Cont'd    ☐ Reset
Set for: before:

☐ Consent to be tried by a Magistrate Judge signed    ☐ Class A Misd    ☐ Class B Misd    ☐ Class C Misd
☐ Consent of Defendant    ☐ Information filed _____    ☐ Complaint filed _____
☒ Defendant sworn and examined by the Court    ☒ Plea of Guilty    ☐ Not Guilty    ☒ Entered to Counts THREE
☐ Defendant states true name to be _____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s) THREE of the ☐ Information ☐ Indictment ☒ Complaint
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐ Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED    ☐ EXPEDITED    ☒ PSI waived    ☐ Time waived for passage of sentence
☐ Continued for sentence to __ before _____
☒ To be dismissed upon entry of the judgment, Ct(s) ONE/TWO
☒ ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence    ☒ remanded to USM

**SENTENCING:**

☒ Defendant committed to Bureau of Prisons for a period of 15 days    ☐ Probation/Supervised Release for _____
☒ Special Assessment $ REMITTED    ☐ Fine $_____    ☐ Restitution $_____

Other: _____

RECORDED: CS
BY: Angela J. Tuohy, Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| United States of America, | ) | CASE NUMBER 07-10808M-SD |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **WAIVER OF REMOVAL HEARING** |
| | ) | |
| Defendant. | ) | |
| Fortunado Mendoza-Angel | ) | |

I waive my right to have a Removal Hearing and agree that my case may be adjudicated in the Southern District of California.

DATED this __3__ day of __Dec.__, 2006.

X _Fortunato mendoza_
Defendant

_Brenda Sundry_
Attorney for the Defendant

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Fortunado MENDOZA-Angel
Citizen of Mexico
YOB: 1975
A88 361 727
Illegal Alien

CRIMINAL COMPLAINT
**AMENDED**

CASE NUMBER: 07-10808M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I
That on or about, December 2, 2007 within the District of Arizona, the Defendant Fortunado MENDOZA-Angel, an alien, did knowingly and willfully possess, obtain, accept, or receive a document prescribed by statute and regulation for entry into or as Evidence of Stay or for gaining Authorized Employment in the United States, namely, a Form I-551, which the Defendant knew was forged, counterfeited, altered, falsely made, and otherwise procured by fraud and unlawfully obtained; in violation of Title 18, United States Code, Section 1546 (Felony).

### COUNT II
That on or about, December 2, 2007, within the District of Arizona, Defendant Fortunado MENDOZA-Angel, did knowingly and willfully possess an identification document (other than one issued lawfully for the use of the possessor) or a false identification document with the intent that such document be used to defraud the United States; in violation of Title 18, United States Code, Sections 1028(a)(4) and (b)(6).(Misdemeanor)

### COUNT III
That on or about May 1, 2005, within the Southern District of California, Defendant Fortunado MENDOZA-Angel, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers; in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.    ☒ Yes  ☐ No

Signature of Complainant
Mario Guerrero
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

December 3, 2007                    at                    Yuma, Arizona
Date                                                       City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer                           Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant: Fortunado MENDOZA-Angel

Dependents: 4 Mexican

**IMMIGRATION HISTORY:** The Defendant is an illegal alien.

**CRIMINAL HISTORY:** NONE FOUND

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Yuma, Arizona.

The Defendant was questioned as to his citizenship and immigration status. It was determined that the Defendant is an undocumented national of Mexico, illegally in the United States.

At the time of questioning, a search of the Defendant revealed that he had in his possession a counterfeit I-551. The Defendant purchased that card in Yuma, Arizona for $20.00 United States dollars.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Andrade, California on May 1, 2005.

Charges: 18 USC§1546  (Felony)
18 USC§1028  (Misdemeanor)
8 USC§1325  (Misdemeanor)

_Mario Buenro_
Signature of Complainant

Sworn to before me and subscribed in my presence,

December 3, 2007
Date

Signature of Judicial Officer

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Fortunado MENDOZA-Angel
Citizen of Mexico
YOB: 1975
A88 361 727
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 07-10808M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about DEC 2, 2007, within the District of Arizona, the Defendant Fortunado MENDOZA-Angel, an alien, did knowingly and willfully possess, obtain, accept, or receive a document prescribed by statute and regulation for entry into or as Evidence of Stay or for gaining Authorized Employment in the United States, namely, a Form I-551, which the Defendant knew was forged, counterfeited, altered, falsely made, and otherwise procured by fraud and unlawfully obtained; in violation of Title 18, United States Code, Section 1546 (Felony).

### COUNT II

That on or about DEC 2, 2007, within the District of Arizona, Defendant Fortunado MENDOZA-Angel, did knowingly and willfully possess an identification document (other than one issued lawfully for the use of the possessor) or a false identification document with the intent that such document be used to defraud the United States; in violation of Title 18, United States Code, Sections 1028(a)(4) and (b)(6).(Misdemeanor)

### COUNT III

That on or about May 1, 2005, within the Southern District of California, Defendant Fortunado MENDOZA-Angel, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers; in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.   ☒ Yes  ☐ No

Signature of Complainant
Mario Guerrero
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

December 3, 2007                                           at                          Yuma, Arizona
Date                                                                                    City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer                                 Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant:            Fortunado MENDOZA-Angel

Dependents:           4 Mexican

**IMMIGRATION HISTORY:**   The Defendant is an illegal alien. The Border Patrol has previously apprehended the defendant once.

**CRIMINAL HISTORY:**      NONE FOUND

Narrative:   The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Yuma, Arizona.

The Defendant was questioned as to his citizenship and immigration status. It was determined that the Defendant is an undocumented national of Mexico, illegally in the United States.

At the time of questioning, a search of the Defendant revealed that he had in his possession a counterfeit I-551. The Defendant purchased that card in  for .

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Andrade, California on May 1, 2005.

Charges:   18 USC§1546          (Felony)
           18 USC§1028          (Misdemeanor)
            8 USC§1325          (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

___December 3, 2007_____          _____
Date                                     Signature of Judicial Officer